UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KRISTINA WRIGHT QUARLES**                                            **PLAINTIFF**

v.                    **CASE NO. 4:10cv01144 BSM/HDY**

**ARKANSAS DEPARTMENT OF
CORRECTION, et al.**                                                   **DEFENDANTS**

## ORDER

On September 22, 2010, Magistrate Judge H. David Young submitted a partial report and recommendations. [Doc. No. 7]. The partial report and recommendations were mailed to plaintiff Kristina Wright Quarles ("Quarles"), but returned as undeliverable on September 28, 2010. Two days later, Quarles filed a notice of change of address. [Doc. No. 11]. Objections to the partial report and recommendations have yet to be received from Quarles. Out of an abundance of caution, the clerk of the court is directed to re-send the partial report and recommendations as well as a copy of this order to Quarles at her new address. Objections to the partial report and recommendations are due no later than November 9, 2010.

IT IS SO ORDERED this 26th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE