UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**KRISTINA WRIGHT QUARLES**                                                                 **PLAINTIFF**

v.                    **CASE NO: 4:10cv01144 BSM/HDY**

**ARKANSAS DEPARTMENT
OF CORRECTION, et al.**                                                                 **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been received. No objections have been filed. After careful consideration, and a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against the Arkansas Department of Correction are DISMISSED WITH PREJUDICE.

DATED this 10th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE